# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1345
_____

RICHARD BARON,

   Appellant,

v.

MICHELLE BARON,

   Appellee.
_____

On appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

August 14, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Karen D. Hatton, Mayo, for Appellant.

Donald R. Curtis, III, of The Curtis Law Firm, P.A., Perry, for Appellee.